Rosa Nigoa - G031590
Name and Prisoner/Booking Number

Estrella Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
☒ FILED          ___ LODGED
___ RECEIVED     ___ COPY

     SEP 1 4 2023

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY                 DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Rosa   Nigoa
(Full Name of Plaintiff)

Plaintiff,

v.

(1)  Paul  Penzone
(Full Name of Defendant)

(2)  Clint  Hickman

(3)  Dawn  Noggle

(4)_____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-01932-PHX-JJT--MTM**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other:_____

2.  Institution/city where violation occurred: Estrella  Detention  Facility

3.         3250 W. Lower Buckeye Rd
           Phoenix, Az  85009

Revised 12/1/20

1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: _Paul Penzone_. The first Defendant is employed as: _Maricopa County Sheriff_ at _Estrella Detention Center_
(Position and Title)      (Institution)

2. Name of second Defendant: _Clint Hickman_. The second Defendant is employed as: _Maricopa County Sheriff_ at _Estrella Detention Center_
(Position and Title)      (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _Dawn Noggle_ at _Estrella Detention Center_
(Position and Title)      (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
(Position and Title)      (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

a. First prior lawsuit:
1. Parties: _____ v. _____
2. Court and case number: _____
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

b. Second prior lawsuit:
1. Parties: _____ v. _____
2. Court and case number: _____
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

c. Third prior lawsuit:
1. Parties: _____ v. _____
2. Court and case number: _____
3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

### D.  CAUSE OF ACTION

#### COUNT I

1.  State the constitutional or other federal civil right that was violated: *Eight Ammendment, & Deliberate indifference under Eight Ammendment*

2.  **Count I.**  Identify the issue involved.  **Check only one.**  State additional issues in separate counts.

    [X] Basic necessities          [ ] Mail              [ ] Access to the court      [ ] Medical care
    [ ] Disciplinary proceedings   [ ] Property          [ ] Exercise of religion     [ ] Retaliation
    [ ] Excessive force by an officer  [ ] Threat to safety  [ ] Other:_____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    It is the resposibility of operating jails in Arizona placed by law. Sheriff Penzone & Clint Hickman have the ability to keep plaintiff reasonable safe from harm, however, their policy to continue to house plaintiff in a contaminated atmosphere with no chance avoiding exposure is malecasance. The plaintiff's aware because Clint Hickman from the Maricopa County Board of Supervisors, funded Paul Penzone so that he is able to pay the fines in order to keep the buildings that were condemmed in 2017. This includes also rats inside the buildings, spiders, and mosquitos. Black mold in the showers, A/c vents. A lot of the inmates around me sound ill, lots of sneezing and coughing, including flu-symtoms. People with MERSA got worse while here. I've had a few of very Ill inmates right next to me/my bunk since I came here.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    Physical and emotional stress, which include: nose bleeds, sinus problems chills & fever and emotional stress which were followed by panic attacks, Anxiety & Panic Attacks! (chest pain constantly)

5.  **Administrative Remedies:**  & medecine not provided, it was stopped around 09/14/23

    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                    [X] Yes  [ ] No
    b.  Did you submit a request for administrative relief on Count I?                              [ ] Yes  [X] No
    c.  Did you appeal your request for relief on Count I to the highest level?                     [ ] Yes  [X] No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  We were denied of "PPE" Supplies, and continues to suffer.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
   2. Did you submit a request for administrative relief on Count II?    ☐ Yes    ☐ No
   3. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes    ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

**COUNT III**

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   ☐ Basic necessities        ☐ Mail              ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property          ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   2. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☐ No
   3. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

**E.   REQUEST FOR RELIEF**

State the relief you are seeking: _Monetary Relief Request of_

_$60,000_

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___09-05-23___                          _Rosa Nigon_
                    DATE                              SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

**ADDITIONAL PAGES**

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **September 7, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ ____ _____

____ ____ _____

_____ **B5642**
Legal Support Specialist Signature     S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009