# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosa Nigoa,<br><br>    Plaintiff,<br><br>v.<br><br>Paul Penzone, et al.,<br><br>    Defendants. | **NO. CV-23-01932-PHX-JJT (MTM)**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed December 19, 2023, judgment of dismissal is entered failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                                Debra D. Lucas
                                                District Court Executive/Clerk of Court

December 19, 2023

                                                s/ D. Draper
                                  By   Deputy Clerk